IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CT-03388-FL

Matthew Ray Hundley,

v.

Keno White, et al.,

**Writ of Habeas Corpus**

THE GOVERNOR OF THE STATE OF NORTH CAROLINA

TO: Superintendent, Tyrell Prison Work Farm
P.O. Box 840
Columbia, NC 27925

**FULLY Executed on: 10/27/25 By:** [signature]

GREETINGS:

**We command** that you produce the body of **Matthew Ray Hundley # 1528793** now held in custody at the Tyrell Prison Work Farm in Columbia, North Carolina, and deliver the same to the custody of the United States Marshals Service at **the United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina**, for the purpose of appearing at a settlement conference scheduled in the above captioned case before the Honorable Robert T. Numbers, II, United States Magistrate Judge, on **October 27, 2025, at 10:00 a.m.**

The authorities of the North Carolina Department of Adult Correction ("DAC") are directed to **deliver the prisoner to the United States Courthouse at least 60 minutes prior** to the hearing and, when the prisoner has served his purpose and is released by the court, return him to the appropriate prison facility. The DAC shall also bring to the attention of the United States Marshal any medical or security concerns regarding the prisoner.

Copies of this Writ will be certified to the Director of Prisons, State of North Carolina, Raleigh, North Carolina; North Carolina Prisoner Administration; the Attorney General of North Carolina; the Warden or Superintendent of the prison unit in which the prisoner is presently held; and the United States Marshal, Raleigh, North Carolina.

So ordered.

Dated: October 15, 2025.

*Robert T Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE

I certify the foregoing to be a true and correct copy of the original.
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina

By: *Maisha Contanza*
Deputy Clerk